# In the United States Court of Federal Claims

No. 05-24T

Filed: January 5, 2007

*************************************

ROBERT E. AND JEANNE L. GEURKINK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

Pursuant to a telephone status conference held on January 4, 2007, this case is hereby stayed until March 15, 2007. A telephone status conference will be held on March 15, 2007 at 2 p.m. E.T.

**IT IS SO ORDERED.**

s/Susan Braden
SUSAN G. BRADEN
Judge