# In the United States Court of Federal Claims

No. 05-24T

Filed: April 2, 2007

*************************************

ROBERT E. AND JEANNE L. GEURKINK, Plaintiffs,

v.

THE UNITED STATES, Defendant.

*************************************

## ORDER

Pending the decision of the United States Supreme Court in *Hinck* v. *United States*, 06-376, this case is hereby stayed until July 2, 2007. A telephone status conference will be held on July 2, 2007 at 2 p.m. E.T.

**IT IS SO ORDERED.**

s/Susan Braden
SUSAN G. BRADEN
Judge