IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-24 T

(Judge Susan G. Braden)

ROBERT E. GEURKINK and JEAN L. GEURKINK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

By order [Doc. #7] dated March 10, 2005, the Court granted the parties' joint motion to stay this case pending final decisions in *Robert J. Isler and Susan L. Isler v. United States,* Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States,* Fed. Cl. No. 01-358 T, and *Ronald C. Prati and Mary G. Prati v. United States,* Fed. Cl. No. 02-60 T, and stayed this case "pending further order of the Court." (The Court subsequently, by order [Doc. #16] dated April 2, 2007, stayed this case until July 2, 2007 pending the decision of the United States Supreme Court in *Hinck v. United States*, 06-376, and scheduled a telephone status conference for that date at 2 p.m. E.T.)

Related to the Court's 2005 order is a recent decision in *Kenneth C. Keener v. United States*, Fed. Cl. No. 03-2028 T, and *William P. Smith, Jr. and Anne D. Smith v. United States,* Fed. Cl. No. 04-907 T. *Keener* and *Smith* present issues of fact and law in common with *Isler*, *Scuteri*, and *Prati*. On April 18, 2007, Judge Allegra issued an opinion in *Keener* and *Smith*, granting defendant's partial motion to dismiss for lack of jurisdiction taxpayers' period of

limitations and tax motivated interest claims. A copy of the decision is attached.

Under the decision, the Court lacks subject matter jurisdiction over plaintiffs' tax motivated interest claims (plaintiffs in this case make no separate period of limitations claims). Plaintiffs' attorneys intend to move for reconsideration before this Court and appeal the decision to the Federal Circuit. Accordingly, the parties propose the Court wait until final appellate action, before dismissing plaintiffs' tax motivated interest claims.

(Under the Federal Circuit's opinion in *Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006), the Court lacks subject matter jurisdiction over plaintiffs' interest abatement claims. The Supreme Court granted certiorari to review the Federal Circuit's decision and held oral argument on April 23, 2007. The parties propose that the Court wait until final appellate action in *Hinck*, before dismissing plaintiffs' interest abatement claims.)

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on his behalf.

Respectfully submitted,

5/9/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date

THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

5/9/2007 s/Bart D. Jeffress
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26

Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

5/9/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant