IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-24 T

(Judge Susan G. Braden)

---

ROBERT E. GEURKINK and JEAN L. GEURKINK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

By order [Doc. #7] dated March 10, 2005, the Court granted the parties' joint motion to stay this case pending final decisions in *Robert J. Isler and Susan L. Isler v. United States,* Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States,* Fed. Cl. No. 01-358 T, and *Ronald C. Prati and Mary G. Prati v. United States,* Fed. Cl. No. 02-60 T, and stayed this case "pending further order of the Court." The Court subsequently, by order [Doc. #16] dated April 2, 2007, stayed this case until July 2, 2007 pending the decision of the United States Supreme Court in *Hinck v. United States*, 06-376, and scheduled a telephone status conference for that date at 2 p.m. E.T.

On May 21, 2007, the Supreme Court affirmed the Federal Circuit's decision in *Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006). *See Hinck v. United States*, 127 S.Ct. 2011 (2007). Both courts held that 26 U.S.C. § 6404(h) grants exclusive subject matter jurisdiction to the Tax Court to review the IRS's denials of interest abatement, and therefore the Court of Federal Claims lacks subject matter jurisdiction to do the same. Under the Supreme Court's and

Federal Circuit's decisions, the Court lacks subject matter jurisdiction over plaintiffs' interest abatement claims. Accordingly, the Court should dismiss those claims.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on his behalf.

Respectfully submitted,

6/20/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

6/20/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

6/20/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant