# In the United States Court of Federal Claims

No. 05-24T
Filed: September 17, 2007

**************************************
ROBERT E. AND JEANNE L. GEURKINK,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
**************************************

**ORDER**

On April 2, 2007, the court stayed this case pending the decision of the United States Supreme Court in *Hinck* v. *United States*, 06-376. On May 21, 2007, the United States Supreme Court issued an opinion in *Hinck*. *See Hinck v. United States*, 127 S. Ct. 2011 (2007). In *Hink*, the Supreme Court held that the "Tax Court provides the exclusive forum for judicial review of a refusal to abate interest under § 6404(e)(1)[of the Internal Revenue Code.]" *Hinck*, 127 S. Ct. at 2013. Therefore, on July 12, 2007, Plaintiff filed a Joint Stipulation for Partial Dismissal stipulating that the interest abatement claims in paragraph 13.F. and 13.G. be dismissed for lack of subject matter jurisdiction.

On September 6, 2007, the court convened a telephone status conference and heard from counsel regarding the pending litigation. After hearing arguments from counsel the court orders all of Plaintiff's claims arising under § 6404 of the Internal Revenue Code dismissed. *See* Compl.13.F., 13.G. Additionally, the court continues the stay pending the appeal of *Keener v. United States*, Fed. Cl. No. 03-2028T and *Smith v. United States*, Fed. Cl. No. 04-907T. Accordingly, counsel will file a report to the court upon the resolution of *Keener* or *Smith*.

**IT IS SO ORDERED.**

s/Susan Braden
SUSAN G. BRADEN
Judge